WDNC-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY )
LITIGATION (NO. VI) ) CIVIL ACTION NO. MDL-875

This Documents Relates to: ) USDC-WDNC
)
HORACE DEAN ALLISON, et al., ) FILE NO. 1:99-CV-189-T
)
      Plaintiffs, )
)
v. )
)
ACandS, INCORPORATED, et al., )
)
      Defendants. )

FILED
ASHEVILLE, N. C.
JUL 1 8 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

## ORDER OF DISMISSAL

This matter is before the Court upon Motion of the plaintiff, Daniel Thomas Baldwin, to voluntarily dismiss this action as to defendant General Electric Company (hereinafter "General Electric") only, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

It appearing that grounds exist to permit plaintiff to voluntarily dismiss this action with prejudice as to defendant General Electric, the Court concludes that this motion should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that the action of plaintiff against defendant General Electric only, be dismissed with prejudice.

This the 14th day of June, 2005.

Charles R. Weiner
U.S. District Court Judge