UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

This Document Relates to:

HORACE DEAN ALLISON; JAMES W.
MULKEY and wife, LOUISE R. MULKEY;
ROGER B. PATE and wife, JOYCE W. PATE,
DENNIS JOE PRESSLEY and wife, JOYCE J.
PRESSLEY; TIMOTHY R. SMITH and wife,
MARY J. SMITH; GARY L. STOUDT and wife,
MARTHA L. STOUDT; JIMMY W.
TOLODZIECKI; DANIEL T. BALDWIN;
STEPHEN DALE JOHNSON and wife, MARY
MEDA T. JOHNSON; PAUL GARY LACKEY
and wife, FRANCES S. LACKEY; THOMAS
LEE LITTLE and wife, NORMA JEAN LITTLE;
FRANK E. SAUNDERS and wife, MARIAN
SAUNDERS; TOMMY R. PHILLIPS and wife,
ELIZABETH PHILLIPS; and LUCIUS WALKER,
JR.,                           Plaintiffs
                v.

AC&S, INC., et al

CIVIL ACTION No. MDL 875

W.D.N.C. No. 1:99-CV-189-T

## ORDER OF DISMISSAL

On consideration of the Joint Motion for Dismissal, it is hereby ORDERED this 15th day of September, 2006 that the claims of all Plaintiffs in the above-referenced Civil Action against Defendant Alfred Teves Company, Inc., are hereby DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This Order does not affect the claims of the Plaintiffs against any of the other Defendants in this Civil Action.

BY THE COURT:

_____ J.
James T. Giles, J.

9/15/2006

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

This Document Relates to:

HORACE DEAN ALLISON; JAMES W. MULKEY and wife, LOUISE R. MULKEY; ROGER B. PATE and wife, JOYCE W. PATE; DENNIS JOE PRESSLEY and wife, JOYCE J. PRESSLEY; TIMOTHY R. SMITH and wife, MARY J. SMITH; GARY L. STOUDT and wife, MARTHA L. STOUDT; JIMMY W. TOLODZIECKI; DANIEL T. BALDWIN; STEPHEN DALE JOHNSON and wife, MARY MEDA T. JOHNSON; PAUL GARY LACKEY and wife, FRANCES S. LACKEY; THOMAS LEE LITTLE and wife, NORMA JEAN LITTLE; FRANK E. SAUNDERS and wife, MARIAN SAUNDERS; TOMMY R. PHILLIPS and wife, ELIZABETH PHILLIPS; and LUCIUS WALKER, JR.,
                                        Plaintiffs
                v.

AC&S, INC., et al

CIVIL ACTION No. MDL 875

W.D.N.C. No. 1:99-CV-189-T

**JOINT MOTION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT ALFRED TEVES COMPANY, INC.**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all Plaintiffs and Defendant Alfred Teves Co., Inc. hereby jointly move the Court to dismiss, without prejudice, all claims against Defendant Alfred Teves Company, Inc.. This motion does not affect the claims of the Plaintiffs against any of the other Defendants in this lawsuit. A proposed Order is attached to this Motion.

Respectfully submitted, this 2nd day of August, 2006.

By: /s/ Janet Ward Black w/ permission
    /s/ M. David Black
Janet Ward Black
Ward Black Law
208 West Wendover Ave.
Greensboro, North Carolina 27401
Counsel for Plaintiffs

By: /s/ James M. Brogan
James M. Brogan
DLA Piper Rudnick Gray Cary
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
Counsel for Alfred Teves Co., Inc.

PHIL1\3672723.1